07CR299min                         Crim-Trial (April 12, 2004)

HONORABLE **Thompson**
DEPUTY CLERK **Smith**    RPTR/~~PRO/TAPE~~ **Thompson**

TOTAL TIME: **5** hours **55** minutes

DATE **6/25/09**

USPO _____    INTERPRETER _____
START TIME **9:30am**   END TIME **4:30pm**
LUNCH RECESS FROM **12:25pm** TO **1:30pm**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CR. No. **07CR299**   DEFT # **1**

UNITED STATES OF AMERICA
vs.
**Antonio Arias**

**Gordon Hall** _____ AUSA

**Gary Mastronardi**
Defendants Counsel

## CRIMINAL JURY/~~COURT~~ TRIAL

[✓] Jury of **12** and **1** alternates report. [ ] Jury sworn. (see attached)
[ ] Juror # _____ excused [ ] Alternates excused
[ ] Deft _____ failed to appear. Bench Warrant to be issued
[✓] Jury Trial held [ ] Jury Trial continued until _____ at _____
[ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____

[ ] # Deft _____ motion _____ [ ] granted [ ] denied [ ] advisement
[ ] # Deft _____ motion _____ [ ] granted [ ] denied [ ] advisement
[ ] # Deft _____ motion _____ [ ] granted [ ] denied [ ] advisement
[ ] # Deft _____ motion _____ [ ] granted [ ] denied [ ] advisement
[ ] # Govt's motion _____ [ ] granted [ ] denied [ ] advisement
[ ] # Govt's motion _____ [ ] granted [ ] denied [ ] advisement
[✓] Deft **Arias'** oral motion **for judgment (Rule 50)** [ ] granted [✓] denied [ ] advisement
[ ] Deft _____ oral motion _____ [ ] granted [ ] denied [ ] advisement
[ ] Govt's oral motion _____ [ ] granted [ ] denied [ ] advisement
[ ] Govt's oral motion _____ [ ] granted [ ] denied [ ] advisement

_____ [ ] filed
_____ [ ] filed
_____ [ ] filed
_____ [ ] filed
**its rebuttal case** [ ] filed
_____ [ ] filed

[✓] [✓] Govt. rests [✓] Deft **Antonio Arias** rests
[✓] Summation held [✓] Court's Charge to the Jury
All full exhibits, [ ] indictment [ ] information _____ verdict form handed to the Jury
Jury commences deliberations at _____
[✓] Court orders Jury to be fed at Govt. expense (see attached bill)
[ ] SEE [ ] reverse [ ] attached for additional entries

[✓] COPY TO: JURY CLERK
(JURY TRIALS ONLY)